89 So.2d 918

### Ex parte Rose E. GIVENS et al.

### In re GIVENS et al.

### v.

### MOULTON.

### 3 Div. 782.

Supreme Court of Alabama.

Oct. 4, 1956.

C. Lenoir Thompson, Bay Minette, J. R. Tucker, Atmore, and Windell C. Owens, Monroeville, for petitioners.

PER CURIAM.

Petition dismissed. All the Justices concur.